PHILLIP A. TALBERT
Acting United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-mj-00110-SAB |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | |
| RICARDO BALLARDO QUINTERO, and JUAN SUAREZ, JR., | ORDER UNSEALING COMPLAINT AND ARREST WARRANT |
| Defendant. | |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed.

Dated:   10/12/21

*B. McAuliffe*
Hon. Barbara A. McAuliffe
U.S. Magistrate Judge

Order Unsealing Complaint and Arrest Warrant

1