PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           v.<br><br>RICARDO BALLARDO QUINTERO, and JUAN SUAREZ, JR.,<br><br>                              Defendants. | CASE NO. 1:21-CR-00257-JLT-SKO<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: November 30, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and RICARDO BALLARDO QUINTERO, and JUAN SUAREZ, JR., by and through defendants' counsel of record, Robert Lee Forkner and Preciliano Martinez, respectively, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 30, 2022.

2. By this stipulation, defendants now move to continue the status conference until April 5, 2023, and to exclude time between November 30, 2022, and April 5, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. While the parties anticipate that the case may resolve without a trial, this is not yet a certainty. If defendants ultimately do not enter a guilty plea and decide to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

       a)      The government asserts the discovery associated with this case includes reports, photographs, and recordings; discovery has been provided to defense counsel.  The government is aware of its ongoing discovery obligations.

       b)      The government will provide plea offers to defendants via counsel.

       c)      Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

       d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       e)      The government does not object to the continuance.

       f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

       g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 30, 2022 to April 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  November 22, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JESSICA A. MASSEY<br>JESSICA A. MASSEY<br>Assistant United States Attorney |
| Dated:  November 22, 2022 | /s/ ROBERT LEE FORKNER<br>ROBERT LEE FORKNER<br>Counsel for Defendant<br>RICARDO BALLARDO QUINTERO |
| Dated:  November 22, 2022 | /s/ PRECILIANO MARTINEZ<br>PRECILIANO MARTINEZ<br>Counsel for Defendant<br>JUAN SUAREZ JR. |

**FINDINGS AND ORDER**

Based on the parties' stipulation and information provided, the Court continues the status conference until April 5, 2023, and excludes time between November 30, 2022, and April 5, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 23, 2022**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE