PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00257-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| RICARDO BALLARDO QUINTERO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on October 24, 2023.

2. The United States and defendant request that the Court vacate the current trial date, and set this matter for a change of plea hearing on October 18, 2023. No exclusion of time is necessary as time was previously excluded up to and including October 24, 2023.

IT IS SO STIPULATED.

Dated:  September 15, 2023

PHILLIP A. TALBERT
United States Attorney

 /s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  September 15, 2023

/s/ ROBERT LEE FORKNER
ROBERT LEE FORKNER
Counsel for Defendant
Ricardo Ballardo Quintero.

## FINDINGS AND ORDER

The trial date currently scheduled for October 24, 2023, is vacated.  The matter is hereby scheduled for a change of plea hearing on October 16, 2023.

IT IS SO ORDERED.

Dated:   **September 15, 2023**

UNITED STATES DISTRICT JUDGE