ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant,
RICARDO BALLARDO QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RICARDO BALLARDO QUINTERO,<br><br>　　　　　　　　Defendant. | CR. No. 1:21CR00257-JLT-SKO<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARING |

　　　　Defendant, RICARDO BALLARDO QUINTERO, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, Assistant United States Attorney, ANTONIO J. PATACA, hereby stipulate and request the following:

　　　　1.　　That the Court continue the sentencing in the above-captioned case from February 20, 2024, to April 22, 2024 at 10:00 a.m.

　　　　2.　　That due to a conflict in schedules, parties were unable to set an interview date with Mr. Quintero for the Presentence Report (PSR).

　　　　3.　　When Probation Officer Ross Micheli initially reached out to schedule an

interview date, defense counsel was on a pre-paid trip out of the state. Once defense counsel returned, Probation Officer Ross Micheli had a personal medical condition.

4. More time is needed to interview the defendant, draft/prepare the PSR, informal objections and file responses/replies before the currently scheduled sentencing date.

5. The government and probation officer have been notified and have no objections.

For these reasons, the parties stipulate and request that the Court exclude time which the trial must commence under the Speedy Trial Act from February 20, 2024 through April 22, 2024 for defense preparation under 18 U.S.C. § 3161 (h) (8) (B) (ii) and (iv).

IT IS SO STIPULATED.

Dated:  December 15, 2023            /s/ Robert L. Forkner
                                     ROBERT L. FORKNER
                                     Attorney for Defendant
                                     RICARDO BALLARDO QUINTERO

Dated: December 15, 2023             PHILLIP A. TALBERT
                                     United States Attorney

                                     by: /s/ Antonio J. Pataca
                                     ANTONIO J. PATACA
                                     Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **December 19, 2023**                    _/s/ Jennifer L. Thurston_
                                                     UNITED STATES DISTRICT JUDGE